UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SABRINA MITCHELL                                                              PLAINTIFF

VS.                                                    CIVIL ACTION NO. 3:09-cv-422-DPJ-JCS

STEEL TECHNOLOGIES, INC.
*Incorrectly sued as "Mi-Tech Steel Holdings,
Inc."*                                                                         DEFENDANT

## **AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come on for hearing on the joint motion of the plaintiff, Sabrina Mitchell and the defendant Steel Technologies, Inc., incorrectly sued as "Mi-Tech Steel Holdings, Inc.," to dismiss this cause of action with prejudice, and the Court, having considered the same and being fully advised in the premises, finds the said motion is well-taken and shall be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this civil action be and the same is hereby dismissed with prejudice with the parties to bear their own costs.

**SO ORDERED AND ADJUDGED** this the 5th day of November, 2009.

                                                                              s/ *Daniel P. Jordan III*
                                                                              UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED:

*s/Robert Nicholas Norris*
Robert Nicholas Norris
ATTORNEY FOR PLAINTIFF

*s/Silas W. McCharen*
SILAS W. MCCHAREN - BAR # 2213
smccharen@danielcoker.com
ATTORNEY FOR DEFENDANT